R. PARKER WHITE (SB# 95579)
POSWALL, WHITE & BRELSFORD
1001 G Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 449-1300
Facsimile: (916) 449-1320

Attorney for Plaintiff
RONALD WEAVER


ELIZABETH A. BROWN (SB# 235429)
CLAIRE A. HOFFMANN (SB# 292584)
lisabrown@gbgllp.com
clairehoffmann@gbgllp.com
GBG LLP
633 West 5th Street, Suite 3330
Los Angeles, CA 90071
Telephone: (213) 358-2810
Facsimile: (213) 358-2820

Attorneys for Defendant
BIMBO BAKERIES USA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WEAVER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BIMBO BAKERIES, USA, INC., an Ohio corporation, and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-CV-00303-MCE-EFB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPELTE DISCOVERY**<br><br>Dept.:　　7<br>Judge:　　Hon. Morrison C. England, Jr. |

By and through their respective attorneys of record, Plaintiff Ronald Weaver ("Plaintiff") and Defendant Bimbo Bakeries USA ("Defendant") (collectively, "the Parties") stipulate and agree as follows:

WHEREAS Plaintiff filed the present action in the Superior Court of California, County of Sacramento, on December 27, 2017.

WHEREAS Plaintiff served his complaint on January 10, 2018, and Defendant removed the action to the United States District Court for the Eastern District of California on February 8, 2018 (Dkt. 1);

WHEREAS on February 14, 2018, Defendant filed a Motion to Dismiss Plaintiff's Complaint with Prejudice (Dkts. 8 through 9-1);

WHEREAS on April 24, 2018, the Court granted Defendant's Motion to Dismiss with leave to amend (Dkt. 14);

WHEREAS on June 7, 2018, Plaintiff filed his Amended Complaint for Damages (Dkt. 15) and on June 21, 2018, the Parties entered into a Stipulation allowing Plaintiff to file a Second Amended Complaint (Dkt. 16);

WHEREAS on June 26, 2018, Plaintiff filed his Second Amended Complaint for Damages (Dkt. 17);

WHEREAS on July 10, 2018, Defendant filed a Motion to Dismiss Plaintiff's Second Amended Complaint with Prejudice ("Motion to Dismiss") and set a hearing date of August 23, 2018 (Dkts. 18 through 20);

WHEREAS on July 10, 2018, the Court issued a Minute Order that the August 23, 2018 hearing is vacated and the motion is submitted without appearance and argument (Dkt. 21);

WHEREAS on July 20, 2018, Plaintiff filed his opposition to Defendant's Motion to Dismiss (Dkt. 22) and Defendant filed its Reply Memorandum in Support of its Motion to Dismiss (Dkt. 23);

WHEREAS as of the date of this Stipulation, the Court has not entered a ruling on Defendant's Motion to Dismiss;

WHEREAS the Parties agree that the deadline to complete discovery should be extended by 90 days– i.e., to May 9, 2019 – to allow the Court to rule on Defendant's Motion to Dismiss and provide the Parties sufficient time to conduct discovery if necessary; and

WHEREAS the Parties make this request for a deadline extension in the interests of judicial economy, and to otherwise avoid the unreasonable consumption of the Court's and the Parties' time to ensure that the Parties are not forced to conduct discovery in a case that is

dismissed or, alternatively, conduct discovery with the status of the operative pleadings uncertain.

THEREFORE, the Parties stipulate and agree that the deadline to complete discovery shall be extended up to and including May 9, 2019.

DATED: January __, 2019  POSWALL, WHITE & BRELSFORD


BY: _____
R. PARKER WHITE

Attorneys for Plaintiff
RONALD WEAVER

The undersigned attests that the signatory listed above concurs in the content of this document and has authorized its filing.

DATED: January 9, 2019  GBG LLP


BY:  /s/ Elizabeth A. Brown
ELIZABETH A. BROWN

Attorneys for Defendant
BIMBO BAKERIES USA, INC.

## ORDER

IT IS SO ORDERED.

Dated: January 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE