R. PARKER WHITE (SB# 95579)
BRELSFORD ANDROVICH & WHITE
1001 G Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 449-1300
Facsimile: (916) 449-1320

Attorney for Plaintiff
RONALD WEAVER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WEAVER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BIMBO BAKERIES, USA, INC., an Ohio corporation, and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-00303-MCE-EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Dept.:　　7<br>Judge:　　Hon. Morrison C. England, Jr. |

By and through their respective attorneys of record, Plaintiff RONALD WEAVER ("Plaintiff") and Defendant BIMBO BAKERIES USA ("Defendant") (collectively referred to as "the Parties") stipulate and agree as follows:

WHEREAS Plaintiff filed his Third Amended Complaint on April 25, 2019.

WHEREAS Defendant filed its Motion to Dismiss Plaintiff's Third Amended Complaint on May 9, 2019.

WHEREAS Plaintiff's Opposition to Motion to Dismiss is due May 21, 2019.

WHEREAS, Plaintiff's counsel, R. Parker White, has had a personal conflict and has been out of the office. This was an unforeseen conflict of which Plaintiff's counsel had no control.

THEREFORE, the Parties stipulate and agree that the deadline to file an Opposition to

---

Case No. 2:18-CV-00303-MCE-EFB　　　　STIPULATION AND ORDER TO EXTEND
　　　　　　　　　　　　　　　　　　　　TIME TO FILE OPPOSITION AND REPLY
　　　　　　　　　　　　　　　　　　　　TO MOTION TO DISMISS

Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint is extended to May 28, 2019.

THEREFORE, the Parties stipulate and agree that the deadline for Defendant's Reply to Opposition to Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint is extended to June 4, 2019.

Dated: May 20, 2019    BRELSFORD ANDROVICH & WHITE

By     /s/ R. Parker White
       R. PARKER WHITE
       Attorney for Plaintiff
       RONALD WEAVER

Dated: May 20, 2019    GBG LLP

By     /s/ Elizabeth A. Brown
       ELIZABETH A. BROWN
       Attorney for Defendant
       BIMBO BAKERIES USA, INC.

**ORDER**

Pursuant to the Parties' stipulation (ECF No. 33), and for good cause, the deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint is extended to **May 28, 2019** and the Reply to Opposition is extended to **June 4, 2019**.

IT IS SO ORDERED.

Dated: May 21, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE