R. PARKER WHITE (SB# 95579)
BRELSFORD ANDROVICH & WHITE
1001 G Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 449-1300
Facsimile: (916) 449-1320

Attorney for Plaintiff
RONALD WEAVER


ELIZABETH A. BROWN (SB# 235429)
lisabrown@gbgllp.com
PAUL D. KIND (SB# 307322)
paulkind@gbgllp.com
GBG LLP
633 West 5th Street, Suite 3330
Los Angeles, CA 90071
Telephone: (213) 358-2810
Facsimile: (213) 995-6382

Attorneys for Defendant
BIMBO BAKERIES USA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WEAVER,<br><br>   Plaintiff,<br><br>vs.<br><br>BIMBO BAKERIES, USA, INC., an Ohio corporation, and DOES 1 through 30, inclusive,<br><br>   Defendants. | Case No. 2:18-CV-00303-MCE-EFB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE DISCOVERY**<br><br>Dept.: 7<br>Judge: Hon. Morrison C. England, Jr. |

1     By and through their respective attorneys of record, Plaintiff Ronald Weaver ("Plaintiff") and Defendant Bimbo Bakeries USA ("Defendant") (collectively, "the Parties") stipulate and agree as follows:

    WHEREAS Plaintiff filed the present action in the Superior Court of California, County of Sacramento, on December 27, 2017.

    WHEREAS Plaintiff served his complaint on January 10, 2018, and Defendant removed the action to the United States District Court for the Eastern District of California on February 8, 2018 (Dkt. 1);

    WHEREAS on February 14, 2018, Defendant filed a Motion to Dismiss Plaintiff's Complaint with Prejudice (Dkts. 8 through 9-1);

    WHEREAS on April 24, 2018, the Court granted Defendant's Motion to Dismiss with leave to amend (Dkt. 14);

    WHEREAS on June 7, 2018, Plaintiff filed his Amended Complaint for Damages (Dkt. 15) and on June 21, 2018, the Parties entered into a Stipulation allowing Plaintiff to file a Second Amended Complaint (Dkt. 16);

    WHEREAS on June 26, 2018, Plaintiff filed his Second Amended Complaint for Damages (Dkt. 17);

    WHEREAS on July 10, 2018, Defendant filed a Motion to Dismiss Plaintiff's Second Amended Complaint with Prejudice (Dkts. 18 through 20);

    WHEREAS on March 29, 2019, the Court granted Defendant's Motion to Dismiss with leave to amend (Dkt. 27);

    WHEREAS on April 25, 2019, Plaintiff filed a Third Amended Complaint for Damages (Dkt. 28);

    WHEREAS on May 9, 2019, Defendant filed a Motion to Dismiss Plaintiff's Third Amended Complaint with Prejudice (Dkts. 31 and 31-1);

    WHEREAS on May 10, 2019, the Court issued a Minute Order that the June 13, 2019 hearing is vacated and the motion is submitted without appearance and argument (Dkt. 32);

    WHEREAS on May 28, 2019, Plaintiff filed his opposition to Defendant's Motion to

Dismiss (Dkt. 36), and, on June 6, 2019, Defendant filed its Reply Memorandum in Support of its Motion to Dismiss (Dkt. 37);

WHEREAS the Parties agree that the deadline to complete discovery should be extended by an additional 120 days– i.e., to December 19, 2019 – to allow the Parties sufficient time to conduct discovery and further pleading challenges if necessary; and

WHEREAS the Parties make this request for a deadline extension in the interests of judicial economy, to account for the length of pleading challenges in this matter, and to otherwise avoid the unreasonable consumption of the Court's and the Parties' time to ensure that the Parties are not forced to conduct discovery while the pleadings remain uncertain and/or to ensure that the Parties are able to conduct discovery and prepare the case for disposition.

THEREFORE, the Parties stipulate and agree that the deadline to complete discovery shall be extended up to and including December 19, 2019.

DATED: August 21, 2019                    BRELSFORD ANDROVICH & WHITE

BY:      *R. Parker White*
       PARKER WHITE

Attorneys for Plaintiff
RONALD WEAVER

The undersigned attests that the signatory listed above concurs in the content of this document and has authorized its filing.

DATED: August 21, 2019                    GBG LLP

BY:      /s/ Elizabeth A. Brown
       ELIZABETH A. BROWN

Attorneys for Defendant
BIMBO BAKERIES USA, INC.

//

//

**ORDER**

Case No. 2:18-CV-00303-MCE-EFB            -3-            STIPULATION AND ORDER TO EXTEND
                                                                          DEADLINE TO COMPLETE DISCOVERY
88704761.1

Pursuant to Stipulation (ECF No. 38), and for good cause, the Parties' request to extend the deadline to complete discovery up to and including **December 19, 2019** is GRANTED.

IT IS SO ORDERED.

Dated: August 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE